UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE COMPANY,

    Plaintiff,

v.

JASON WHITE, LANGSTON BROWN, and PATRICE BROWN,

    Defendants.

Case No. 1:21-cv-378

Hon. PAUL L. MALONEY

## ORDER OF DEFAULT JUDGMENT
## AGAINST DEFENDANT PATRICE BROWN

On the motion of Plaintiff Metropolitan Life Insurance Company ("MetLife") and the court being fully advised on the premises, it is ORDERED AND ADJUDGED THAT:

1. MetLife's motion for default judgment against Defendant Patrice Brown is GRANTED;

2. Judgment is entered in favor of MetLife and against Patrice Brown, finding that Patrice Brown is not entitled to any share of the judgment proceedings in the underlying interpleader action; and

3. MetLife and plan sponsor General Motors Corporation are discharged from further liability to Patrice Brown relating to the payment of benefits at issue in the underlying interpleader action.

Dated:   August 13, 2021                  /s/ Paul L. Maloney
                                          Hon. Paul L. Maloney
                                          United States District Judge

Bodman_17917858_1