UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,

    Plaintiff,

v.

JASON WHITE, LANGSTON BROWN,
and PATRICE BROWN,

    Defendants.

Case No. 1:21-cv-378

Hon. PAUL L. MALONEY

---

## STIPULATED JUDGMENT

On the stipulation of Plaintiff Metropolitan Life Insurance Company ("MetLife") and Defendants Jason White and Langston Brown, and the Court being fully advised on the premises, it is ORDERED AND ADJUDGED THAT:

1.     MetLife shall pay to Defendant Jason White the life insurance benefits (the "Benefits") payable upon the death of Armie Brown ("Decedent"), who was a participant in the General Motors Corporation employee welfare benefit plan ("the Plan"). The Benefits consist of Basic Life Coverage in the amount of $25,253.00 and Optional Life Coverage in the amount of $50,000.00, plus any applicable interest, if any.  The Benefits shall be paid within fourteen (14) business days of the date of this Judgment.

2. MetLife, General Motors Corporation and the Plan are discharged from further liability with respect to, affecting or in any way arising out of or relating to the payment of the Benefits at issue.

3. Interpleader Defendants Jason White, Langston Brown and Patrice Brown are permanently enjoined from instituting or prosecuting any other proceeding, action, arbitration, or lawsuit against MetLife, General Motors Corporation and the Plan, or any of their predecessors, successors, parent companies, or subsidiaries, with respect to the Benefits, as well as any and all claims that were or could have been raised in this action against MetLife, General Motors Corporation, or the Plan.

4. Any person not yet joined as a party to this action who may make a claim for, or be claim to be entitled to, the Benefits is joined and subject to Paragraph 3 above.

This is a final order and closes the case, with prejudice, with each party bearing its own fees and costs.

IT IS SO ORDERED.

Dated: September 7, 2021    /s/ Paul L. Maloney
                            Hon. Paul L. Maloney
                            United States District Judge

Stipulated to as to form and for immediate entry:

BODMAN PLC

By: /s/Michelle Thurber Czapski

Michelle Thurber Czapski (P47267)
Gordon J. Kangas (P80773)
201 W. Big Beaver Road, Suite 500
Troy, Michigan 48084
(248) 743-6000
mczapski@bodmanlaw.com
gkangas@bodmanlaw.com
*Attorneys for Plaintiff*

Jason White, Defendant, pro se

Langston Brown, Defendant pro se

3